IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION NO. 712, AFL-CIO<br><br>Plaintiff,<br><br>v.<br><br>TURNEY ELECTRIC, INC.<br><br>Defendant. | CIVIL ACTION<br><br>NO.  07-154 |

**ORDER**

On this 29th day of May, 2007, it is hereby Ordered, Adjudged, and Decreed that Plaintiff's Motion for Default Judgment is granted, judgment is entered in Plaintiff's favor, and a hearing is scheduled for Thursday, June 7, 2007 at 10:30 AM, for determination of damages.

_____
J.